## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

BELINDA ROBERTSON,

        Plaintiff,

v.                                      No. 2:26-cv-00676-KG-KRS

CALE ROBERTSON,

        Defendant.

### ORDER DENYING MOTION FOR TRIAL

The Court dismissed this case without prejudice and entered its Final Judgment on April 6, 2026. *See* Dismissal Order at 3-5 (remanding improperly removed case to state court), Doc. 10; Final Judgment, Doc. 11. That same day, *pro se* Plaintiff filed a Motion requesting a jury trial. *See* Motion to Requesting a Trial in the United States District Court of the State of New Mexico After Plaintiff Completed the Requeriments of Removal Case from a District Court to Federal Juridiction Persuant 28 U.S.C. S 1441 [sic], Doc. 13, filed April 6, 2026.

The Court denies Plaintiff's Motion for a jury trial. Plaintiff has not filed a motion for, and the Court has not otherwise granted, relief from the Final Judgment in this case. This case remains closed.

**IT IS ORDERED** that Plaintiff's Motion to Requesting a Trial in the United States District Court of the State of New Mexico After Plaintiff Completed the Requeriments of Removal Case from a District Court to Federal Juridiction Persuant 28 U.S.C. S 1441 [sic], Doc. 13, filed April 6, 2026, is **DENIED.**

                /s/Kenneth J. Gonzales_____
                CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.